

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct: (518) 776-2619

January 19, 2024

Honorable Miroslav Lovric  
Federal Building & U.S. Courthouse  
15 Henry Street  
Binghamton NY 13901

Re: *Barzman v. State University of New York, et al.*, 3:22-CV-367

Dear Judge Lovric:

    Our Office represents the Defendants in this action. Former counsel Michael G. McCartin is currently listed on the docket as "Lead Attorney", "Attorney to be Noticed" alongside the undersigned. The undersigned respectfully requests that Mr. McCartin be terminated from the docket in this action as he is no longer employed by our office.

    The undersigned appreciates the Court's understanding and courtesies in this matter.

IT IS SO ORDERED:

_/s/ Miroslav Lovric_  
Miroslav Lovric  
U.S. Magistrate Judge

Dated: January 19, 2024  
Binghamton, NY

Respectfully,

By: *s/ Lauren R. Eversley*  
Lauren R. Eversley  
Assistant Attorney General, of Counsel  
Bar Roll No. 700641  
Telephone: 518-776-2619  
Email: Lauren.Eversley@ag.ny.gov

TO:    All counsel of record (via CM/ECF)

THE CAPITOL, ALBANY, NY 12224-0341 ● (518) 776-2300 ● WWW.AG.NY.GOV