

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct:  (518) 776-2236  
Writer Email:  Brian.Matula@ag.ny.gov

July 29, 2024

Hon. Miroslav Lovric  
Federal Building and United States Courthouse  
15 Henry Street  
Binghamton, New York 13901

      Re:    *Barzman v. State University of New York et al.*  
             Case No.: 3:22-cv-00367 (TJM/ML)

Dear Judge Lovric:

      This Office represents the Defendants in the above referenced employment discrimination case. We are writing to request that the Defendants be excused from having to complete a mediation. Defendants do not have settlement authority to settle this case.

      The Court's scheduling order requires that the Parties complete a mediation no later than September 9, 2024. *See* Text Order, Dkt. 54. The Parties tentatively scheduled the mediation for August 5, 2024 – a date which is no longer available to the Parties. Rather than re-schedule the mediation for another date in August, we are respectfully requesting to be excused from this requirement.

      Plaintiff's deposition was held on July 22, 2024. Following the deposition, Defendants determined that settlement authority in any amount would not be appropriate. It is Defendants' position that most, if not all of Plaintiff's claims will be the subject of Defendants' dispositive motion and that there is no factual justification to support settlement in any amount.

      We therefore respectfully request that Defendants be excused from mandatory mediation. In the alternative, Defendants respectfully request that the deadline for mandatory mediation be adjourned without date, until such time as the Court rules on Defendants' dispositive motion.

      Plaintiff's counsel disagrees with Defendants' assessment and does not join in this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*s/ Brian W. Matula*

Brian W. Matula
Assistant Attorney General
Bar Roll No.: 511717
Brian.Matula@ag.ny.gov