

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

Writer Direct: (518) 776-2236
Writer Email: Brian.Matula@ag.ny.gov

December 31, 2024

Hon. Thomas J. McAvoy
United States District Court – Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:   *Karen Barzman v. State University of New York et al.*
           Docket No.: 3:22-cv-00367 (TJM / ML)

Dear Judge McAvoy:

    This Office represents the Defendants in the above referenced action. I write, with the consent of counsel for Plaintiff, to request a two-week extension of time for Defendants to file their Reply in the briefing of Defendants' Motion for Summary Judgment. We request that the Reply deadline be adjourned from January 3, 2025 (ECF No. 71) until January 17, 2025.

    Given the extensive opposition submitted in response to Defendants' motion (ECF Nos. 75-76), the Reply will take longer than expected to prepare.

    I thank the Court for considering this request.

                                   Respectfully submitted,

                                   *s/ Brian W. Matula*

                                   Brian W. Matula
                                   Assistant Attorney General
                                   Bar Roll No. 511717